(116 So. 924)

Tilt GOODWIN v. STATE. (2 Div. 398.) Court of Appeals of Alabama. April 17, 1928.

Thomas E. Knight, Judge. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The first count of the indictment, under which this appellant was convicted, charged him with making, manufacturing, or distilling alcoholic liquors contrary to law. The court duly sentenced him to serve an indeterminate term of imprisonment in the penitentiary, and judgment of conviction was accordingly entered, from which this appeal was taken. There are no questions presented, on this appeal, for the consideration of this court. The appeal is upon the record only; there being no bill of exceptions. The record is without error. Affirmed.

(114 So. 922)

Jim GORDY v. STATE. (1 Div. 755.) Court of Appeals of Alabama. Nov. 22, 1927.

T. J. Bedsole, Judge.

BRICKEN, P. J. Appeal dismissed.

(114 So. 922)

Willie C. GRAHAM v. STATE. (6 Div. 195.) Court of Appeals of Alabama. Dec. 20, 1927.

J. C. B. Gwin, Judge.

BRICKEN, P. J. On January 31, 1927, this appellant was convicted, in the Bessemer division of the circuit court of Jefferson county, for a violation of the prohibition laws of the state. His fine was assessed at $250. Failing to pay said fine, or to confess judgment therefor, he was duly sentenced by the court to perform hard labor for the county for 90 days, and additional 83 days to pay the costs of the proceedings. He appealed to this court, and the appeal here rests upon the record only, there being no bill of exceptions. The record is regular and without error. Judgment of conviction is affirmed. Affirmed.

(114 So. 922)

Fred GRAMMER v. STATE. (6 Div. 206.) Court of Appeals of Alabama. Dec. 13, 1927.

Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(113 So. 917)

Floyd GRAY v. STATE. (7 Div. 321.) Court of Appeals of Alabama. June 21, 1927.

R. B. Carr, Judge.

BRICKEN, P. J. Appeal dismissed. See also, 21 Ala. App. 409, 108 So. 658.

(116 So. 924)

John GREEK v. STATE. (1 Div. 800.) Court of Appeals of Alabama. April 10, 1928.

Saffold Berney, Judge. Receiving, etc., stolen property.

SAMFORD, J. Appeal dismissed on motion of appellant.

(115 So. 923)

John GREEN v. STATE. (5 Div. 685.) Court of Appeals of Alabama. Jan. 10, 1928.

S. L. Brewer, Judge. Chas. S. Moon, of La Fayette, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(111 So. 924)

Luther GREEN v. STATE. (7 Div. 330.) (Court of Appeals of Alabama. Jan. 18, 1927.)

R. B. Carr, Judge.

RICE, J. Affirmed.

(113 So. 917)

Clarence GRIFFIN and Henry Monroe v. STATE. (1 Div. 768.) Court of Appeals of Alabama. Aug. 2, 1927.

Saffold Berney, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellants.

(114 So. 922)

Walter GRIFFIN v. STATE. (6 Div. 190.) Court of Appeals of Alabama. Dec. 13, 1927.

John P. McCoy, Judge.

RICE, J. Affirmed.

(112 So. 922)

Elbert GRIFFITH v. STATE.* (7 Div. 328.) Court of Appeals of Alabama. Feb. 1, 1927. Rehearing Denied March 8, 1927.

R. B. Carr, Judge. Harvey A. Emerson, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted of violating the prohibition law. On authority of Code 1923, § 4615, Jones v. State, 17 Ala. App. 444, 85 So. 839, and Ricketts v. State, 18 Ala. App. 162, 90 So. 137, the judgment is affirmed.

(112 So. 922)

Otis GRIMES v. STATE. (4 Div. 218.) Court of Appeals of Alabama. May 10, 1927.

W. L. Parks, Judge. J. C. Yarbrough, of Enterprise, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of violating the prohibition law. This case is in all things similar to the case of Will R. Grimes v. State (4 Div. 218) ante, p. 84, 112 So. 461, and upon the authority of that case the judgment is reversed and the cause is remanded. Reversed and remanded.

_____

*Certiorari denied 216 Ala. 692, 112 So. 917.